THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. SPENCER, Respondent, against BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants.

Submitted October 3, 1938; decided October 4, 1938.

*A. Stanley Copeland* for motion.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), opposed.

Motion denied.